UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LAMONDRE MOORE,

                Plaintiff,

v.                                   Case No. 14-cv-1446-pp
                                        Appeal No. 16-3097

MICHAEL VAGNINI,

                Defendant.

---

**\*\*AMENDED\*\* ORDER VACATING COURT'S AUGUST 9, 2016, ORDER TO THE EXTENT THAT IT DIRECTED THE COLLECTION OF $449.09 FROM THE PLAINTIFF'S PRISON TRUST ACCOUNT AFTER PAYMENT OF $5.91 INITIAL PARTIAL FILING FEE (DKT. NO. 51), AND DIRECTING THE SECRETARY OF THE WISCONSIN DEPARTMENT OF CORRECTIONS TO COLLECT THE \*\*$496.05\*\* BALANCE OF THE APPELLATE FILING FEE FROM
THE PLAINTIFF'S PRISON TRUST ACCOUNT**

---

On August 9, 2016, the court granted the plaintiff's motion for leave to proceed *in forma pauperis* on appeal, and directed him to pay an initial partial filing fee of $5.91. Dkt. No. 51 at 4. The court also ordered that after the plaintiff paid the initial partial filing fee, the Secretary of the Wisconsin Department of Corrections or his designee should collect $449.09 from the plaintiff's prison trust account as the balance of the appeal fee. Id. The appellate filing fee is **\*$505\***; once the plaintiff paid the $5.91 initial partial filing fee, the remaining balance of the appellate fee would have been **\*$499.09\*.** ~~\*The court received the $5.91 initial partial filing fee on August 29, 2016.~~ **The court has received $8.95 from the plaintiff.\*** This

1

means that the plaintiff owes a remaining balance of **\*$496.05\***, rather than the $449.09 amount the court stated in its August 9, 2016 order.

The court **ORDERS** that that portion of the August 9, 2016 order that required the Secretary to collect $449.09 from the plaintiff's account is **VACATED**.

The court **ORDERS** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the balance of the filing fee **\*($496.05)\*** by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the plaintiff's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. §1915(b)(2). The Secretary or his designee shall clearly identify the payments by the case name and number.

The court will send a copy of this order to the Warden of the Redgranite Correctional Institution, 1006 County Rd. EE, P.O. Box 925, Redgranite, WI 54970-0925.

Dated in Milwaukee, Wisconsin this 27th day of June, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**